UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NATHANAEL WILFRED BROUSSARD,<br><br>           Plaintiff,<br><br>    v.<br><br>TACOMA NEWS TRIBUNE, CRAIG HILL,<br><br>           Defendants. | CASE NO. 3:19-CV-6022-BHS-DWC<br><br>REPORT AND RECOMMENDATION<br><br>NOTED FOR: JANUARY 24, 2020 |

The District Court has referred this action filed under 42 U.S.C. § 1983 to United States Magistrate Judge David W. Christel. Plaintiff Nathanael Wilfred Broussard, proceeding *pro se*, initiated this civil rights action on October 25, 2019.[1] *See* Dkt. 1-1. On November 20, 2019, the Court screened Plaintiff's Complaint and found it was deficient. Dkt. 4. The Court ordered Plaintiff to correct the deficiencies of the Complaint. *Id.* The Court warned that failure to file an

---

[1] Plaintiff also filed a Motion for Leave to Proceed *In Forma Pauperis*. Dkt. 1. However, the Court found it improbable Plaintiff would be able to cure the deficiencies of his Complaint and therefore stated it would not rule on the request to proceed *in forma pauperis* until Plaintiff filed an amended complaint. As Plaintiff has not filed an amended complaint, the Court recommends the Motion for Leave to Proceed *In Forma Pauperis* be denied as moot.

REPORT AND RECOMMENDATION - 1

1 | amended complaint or adequately address the issues identified in the Order would result in the
2 | Court recommending dismissal of this action pursuant to 28 U.S.C. § 1915. *Id*.

3 |     Plaintiff has failed to comply with the Court's Order. He has not filed a response to the
4 | Order or filed an amended complaint. Further, as discussed in the Order, Plaintiff has failed to
5 | state a claim upon which relief can be granted in the Complaint. *See* Dkt. 4. Therefore, the Court
6 | recommends this case be dismissed without prejudice pursuant to 28 U.S.C. §1915. The Court
7 | also recommends that the Motion for Leave to Proceed *In Forma Pauperis* (Dkt. 1) be denied as
8 | moot.

9 |     Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have
10 | fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P.
11 | 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo*
12 | review by the district judge. *See* 28 U.S.C. § 636(b)(1)(C). Accommodating the time limit
13 | imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set the matter for consideration on
14 | January 24, 2020 as noted in the caption.

15 |     Dated this 2nd day of January, 2020.

                                    David W. Christel
                                    United States Magistrate Judge